**Table of Exhibits**

| Exhibit No. | Exhibit Description |
|---|---|
| 1. | Presidential Proclamation No. 846 (1909) |
| 2. | Presidential Proclamation No. 1620 (1922) |
| 3. | U.S. Survey No. 1536 |
| 4. | Executive Order No. 7088 (1935) |
| 5. | U.S. Survey 2385 |
| 6. | Forest Service Designation (March 20, 1935) |
| 7. | National Register Nomination (1986) |
| 8. | Lawrence W. Rakestraw, A HISTORY OF THE UNITED STATES FOREST SERVICE IN ALASKA (1981, 2002 reprint) (excerpt) |
| 9. | Mendenhall Lake Recreation Area Classification (May 14, 1947) |
| 10. | Recommendation for Withdrawal (Aug. 3, 1951) |
| 11. | Public Land Order No. 829 (May 16, 1952) |
| 12. | William J. Stanton, ALASKA RECREATION SURVEY PART ONE – VOLUME ONE: ECONOMIC ASPECTS OF RECREATION IN ALASKA, U.S. Department of the Interior, National Park Service (1953) (excerpt) |
| 13. | William J. Stanton, ALASKA RECREATION SURVEY PART TWO – VOLUME TWO: A RECREATION PROGRAM FOR ALASKA, U.S. Department of the Interior, National Park Service (1955) (excerpt) |
| 14. | U.S. Forest Service, Mendenhall Glacier Recreation Area Plan (1958) (excerpts) |
| 15. | Public Land Order No. 6440 (July 25, 1983) |
| 16. | Dependent Resurvey of a Portion of the South Boundary, and Subdivision of U.S. Survey No. 2385 |
| 17. | March 2, 2023 Declaration of Thomas O'Toole |
| 18. | Orders Affecting Public Lands in Alaska (1958) (excerpt) |
| 19. | Federal Land Withdrawals and Reservations, July 1958 (excerpt) |