TREG TAYLOR
ATTORNEY GENERAL

Lael A. Harrison (Alaska Bar No. 0811093)
Assistant Attorney General
Alaska Department of Law
1031 West Fourth Avenue, Ste. 200
Anchorage, AK 99501
Telephone: (907) 269-5275
Facsimile: (907) 465-2539
Email: lael.harrison@alaska.gov

Attorney for the State of Alaska

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| STATE OF ALASKA,<br><br>    Plaintiff,<br><br>    v.<br><br>UNITED STATES OF AMERICA,<br><br>    Defendant. | Case No: 3:22-cv-0240-JMK<br><br>**UNOPPOSED MOTION FOR CONTINUANCE** |

      The plaintiff, State of Alaska, moves for an open-ended continuance of the oral argument scheduled in this matter for February 27, 2024 at 10:00 a.m. The good cause for this last-minute continuance is that lead counsel for the State, Ron Opsahl, who is scheduled to conduct the argument, was admitted to the emergency room earlier today and diagnosed with serious pulmonary illness. He is not expected to recover in time to argue this case. At this time, his prognosis is good but the length of time for recovery is unknown. State attorneys Lael Harrison and Benjamin Monarch have entered

appearances as co-counsel in this matter, however, neither will be prepared to conduct the argument in Mr. Opsahl's stead, given the very last-minute nature of this situation and Mr. Opsahl's singular expertise in this matter. To attempt to proceed without Mr. Opsahl and without adequate time for Mr. Monarch or Ms. Harrison to prepare would be highly prejudicial to the State. The State will consult with opposing counsel and file a status report by Friday March 8, proposing new dates for oral argument.

Counsel for the State has consulted with defense counsel, who have asked that the Court be informed that they are present in Anchorage, prepared to go forward with oral argument as scheduled tomorrow. However, the defendant does not oppose this motion. The State will consult with opposing counsel and propose new dates for oral argument by Friday March 8.

DATED this 26th day of February 2024.

        TREG TAYLOR
        ATTORNEY GENERAL

        By: */s/ Lael A. Harrison*
        Lael A Harrison
        Assistant Attorneys General
        Alaska Department of Law
        1031 W. 4th Avenue, Suite 200
        Anchorage, AK 99501
        Telephone: (907) 269-5232
        Email: lael.harrison@alaska.gov

        Attorney for the State of Alaska

# CERTIFICATE OF SERVICE

I certify that on **February 26, 2024**, the foregoing **Motion for Continuance and [Proposed] Order** was served electronically on all parties listed on the CM/ECF system.

<u>/s/Nomi R. Saxton</u>
Law Office Assistant II