TREG TAYLOR
ATTORNEY GENERAL
Ronald W. Opsahl (Alaska Bar No. 2108081)
Senior Assistant Attorney General
Lael A. Harrison (Alaska Bar No. 0811093)
Senior Assistant Attorney General
Department of Law
1031 W. 4th Avenue, Suite 200
Anchorage, Alaska 99501
Telephone: (907) 269-5232
Facsimile: (907) 279-2834
Email: ron.opsahl@alaska.gov
       lael.harrison@alaska.gov

Attorneys for the State of Alaska

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| STATE OF ALASKA,<br><br>    Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>    Defendant. | CIVIL ACTION NO: 3:22-cv-0240-JMK<br><br>**JOINT MOTION TO SET ORAL ARGUMENT** |

In accordance with the Court's order dated February 26, 2024 (ECF No. 27), the Parties have consulted regarding dates for oral argument on Defendant's motion to dismiss. The Parties propose that the Court hold oral argument in Anchorage, Alaska, on May 13th or 14th, 2024. Alternatively, the Parties propose that the oral argument occur on May 8th, 9th, or 10th, 2024, in either Anchorage or Juneau.

DATED this 7th day of March 2024.

TREG TAYLOR
ATTORNEY GENERAL

By: */s/ Ronald W. Opsahl*
Ronald W. Opsahl (Alaska Bar No. 2108081)
Senior Assistant Attorney General
Department of Law
1031 W. 4th Avenue, Suite 200
Anchorage, AK 99501
Telephone: (907) 269-5232
Facsimile: (907) 279-2834
Email: ron.opsahl@alaska.gov

Attorney for the State of Alaska

TODD KIM
Assistant Attorney General
United States Department of Justice
Environment and Natural Resources Division

By: */s/ Dustin J. Weisman*
Dustin J. Weisman (Colorado Bar No. 44818)
Trial Attorney
999 18th Street
South Terrace, Suite 370
Denver, Colorado 80202
Tel: (202) 598-9063
Fax: (303) 844-1350
Email: dustin.weisman@usdoj.gov

Attorney for the United States of America

# CERTIFICATE OF SERVICE

I certify that on **March 7, 2024**, the foregoing **Joint Motion to set Oral Argument** was served electronically on all parties listed on the CM/ECF system.

                                                */s/Christina M. Fisher*
                                                Law Office Assistant II