# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| STATE OF ALASKA,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | CIVIL ACTION NO: 3:22-cv-0240-JMK<br><br>**[PROPOSED] ORDER** |

The Court has received the parties Joint Motion to Set Oral Argument, filed March 8, 2024. Oral argument in this matter is set for _____, 2024, at _____ [a.m.] [p.m.] in [Anchorage Courtroom 3] [Juneau Courtroom \_\_\_\_] before District Judge Joshua M. Kindred.

So Ordered.

Dated: _____ 2024.

_____
Joshua M. Kindred
United States District Judge